AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  6:22-mj-1777-DCI |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the _____ District of _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| | |

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

*David Heddleston*
*Complainant's signature*

_____
*Printed name and title*

Sworn before me over the telephone and signed pursuant to Fed. R. C

Date:  8/4/2022

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

City and state:  _____
*Printed name and title*

6:22-mj-1777

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, David Heddleston, being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Supervisory Special Agent ("SSA") of the U.S. Department of State, Bureau of Diplomatic Security, Diplomatic Security Service ("DSS") and, as such, am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C) with the authority to obtain and execute arrest warrants as per 22 U.S.C. § 2709(a)(2). I have been employed as a federal law enforcement special agent since September 2004, which includes a period between June 2008 and April 2010 when I served as a special agent with the U.S. Department of Health and Human Services, Office of Inspector General. I have been assigned to the DSS Orlando Office as the Resident Agent-in-Charge since August 2020. My official duties include, but are not limited to, conducting investigations into alleged fraudulent activity related to passports and visas in violation of 18 U.S.C. §§ 1542 through 1546, and associated crimes such as human trafficking, financial fraud, wire fraud, mail fraud, and identity theft; in addition to supervising agents and analytical staff who perform similar functions.

2. During my career I have received extensive training in conducting investigations into criminal violations of the laws of the United States related to U.S. passports, visas, and other travel documents used to transit international borders. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center at Glynco, Georgia. I have also received training at

1

the Diplomatic Security Training Center regarding criminal investigations of the laws related to travel documents, and violations of federal law, including violations of Title 18 of the United States Code. Based on my training and experience, I am familiar with federal criminal laws related to immigration offenses, identification fraud, and identity theft. As an SSA, I have participated in numerous investigations and have participated in the execution of arrest and search warrants.

3. This Affidavit supports an application for a criminal complaint and arrest warrant for GABRIEL J. SMITH, ("SMITH") and WALTER CALDERON ("CALDERON"). As detailed throughout, from at least as early as in or about July 2021 and continuing through in or about January 2022, SMITH, CALDERON, and others conspired to unlawfully obtain and use personal identifying information ("PII") in a number of ways, including to create counterfeit access devices and use unauthorized access devices in an effort to obtain money, goods, services, or other things of value to which he was not otherwise entitled. In connection with these actions, probable cause exists to believe that, within the Middle District of Florida and elsewhere, SMITH and CALDERON violated multiple federal criminal laws, including 18 U.S.C. § 1029(b)(2), conspiracy to use or traffic in one or more counterfeit access devices with the intent to defraud (18 U.S.C. § 1029(a)(1)), and conspiracy to traffic in or use one or more unauthorized access devices with the intent to defraud, and by such conduct obtaining anything of value aggregating $1,000 or more (18 U.S.C. § 1029(a)(2)) (collectively, the "Subject Offenses").

4.      The facts outlined in this affidavit come from my personal observations, my training, my experience, evidence obtained within records from open-source databases and social media platforms, information obtained from other law enforcement personnel, as well as advice received concerning the use of computers and electronic devices in criminal activity and the forensic analysis of electronically stored information ("ESI").

5.      The information contained in this Affidavit is true and correct, to the best of my knowledge and belief.  Because this Affidavit is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation.  Rather, I have set forth only those facts that I believe are sufficient to establish the necessary foundation for the complaint.

## **PROBABLE CAUSE**

*Overview of the Scheme*

6.      The primary focus of this investigation, which is ongoing, is SMITH, CALDERON, and others unlawfully obtaining PII belonging to victims and utilizing that information in a variety of ways for personal financial gain. Specifically, SMITH and others operated an organized group of individuals engaged in fraudulent schemes.  These individuals included but are not limited to PII brokers, fraudulent identification creators, and victim impersonators.

7.      As detailed below, members of this conspiracy have utilized counterfeit and unauthorized access devices to defraud others and to procure proceeds to which

the conspirators were not lawfully entitled. For example, while in the Middle District of Florida, on or about November 18, 2021, SMITH ordered counterfeit identifications using CALDERON's picture and unlawfully acquired PII belonging to victims. The counterfeit identifications bearing CALDERON's picture were then shipped to an address in Orlando, Florida. On or about November 22, 2021, SMITH and CALDERON travelled together from Orlando, Florida to Nashville, Tennessee to fraudulently withdraw funds from victims' bank accounts using the counterfeit identifications. SMITH and CALDERON later travelled back to Orlando, Florida together and shared the ill-gotten gains.

8. In doing so, SMITH and CALDERON conspired together to use or traffic one or more counterfeit access devices with the intent to defraud and conspired together to traffic in or use one or more unauthorized access devices with the intent to defraud and obtained more than $1,000.

*Search of SMITH's Cellular Devices:*
*Counterfeit Virginia Driver's License Used in Kissimmee, Florida and Nashville, Tennessee*

9. On or about January 14, 2022, a federal magistrate judge in the Middle District of Florida issued a search and seizure warrant for three of SMITH's cell phones. The warrant authorized the search of the following: one Apple iPhone 13 Pro Max, IMEI Number: 357447880326972 (hereinafter referred to as "Device 1"); one Apple iPhone 11 Pro, IMEI Number 353246102544022 ("Device 2"); and one Samsung Galaxy A32 IMEI Number 351162211118552 (hereinafter referred to as "Device 3"). Collectively, these devices will hereinafter be referred to as the "Subject

4

Devices." The United States Secret Service ("USSS") obtained the Subject Devices from the HSI Orlando Office to execute the search warrant.

10. The execution of the search warrant on the Subject Devices yielded information that evidenced violation of the Subject Offenses.

11. On or about January 18, 2022, while executing the search warrant and preparing Device 2 for forensic analysis, a counterfeit Virginia driver's license, number A67141608 was discovered concealed between Device 2 and the phone case. *See* Image 1. The name on the license is "Gabriel Y. SMITH" with a date of birth in February, 1994. This purported Virginia driver's license is counterfeit and the PII belongs to another individual identified as V11.



*Image 1: Fraudulent Virginia driver's license bearing SMITH's photograph and found in the phone case of Device 2.*

12. As detailed further below, I believe this is the identification SMITH used on or about November 22, 2021, when he rented a Hertz white Nissan Altima that was used in furtherance of fraudulently obtaining funds to which he was not entitled.

5

*Search of SMITH's Cellular Devices:*
*Conspiring to Produce, Use, and Traffic in Counterfeit Access Devices in Orlando, Florida*

13.   Device 2 was associated with the phone number 689-205-6470 and the email addresses "bellm1760@gmail.com" and "dailyting219@gmail.com." The information within Device 2 included two chat threads, one with a contact identified as "Hauncho" [1] and one with a contact identified as "Elite Genius" [2] wherein the parties discussed using PII of other persons to create fraudulent identification cards.

14.   Between on or about October 26, 2021 and November 26, 2021, the user of Device 2 exchanged Telegram messages with "Hauncho" containing PII belonging to several victims, as well as images of two individuals, including CALDERON.

15.   On or about November 18, 2021, SMITH sent a Telegram message to "Hauncho" containing PII belonging to victims identified herein as V13 and V14. SMITH sent "Hauncho" V14's name, address, date of birth, and an Indiana driver's license number ending in *7847. SMITH sent "Hauncho" V13's name, address, date of birth, and told "Hauncho" to make up a driver's license number.

16.   "Hauncho" told Smith that he/she would "try an make tonight," and asked SMITH what picture to place on the counterfeit identification cards. SMITH responded with an image of CALDERON. SMITH electronically sent "Hauncho"

---

[1] The individual utilizing Telegram username "Hauncho" has not yet been identified.
[2] "Elite Genius" utilized the username "@mitchmay" and the mobile number "+1-347-282-8473."

$700 and provided "Hauncho" with a shipping recipient of "Derek Howe" and an address of 13920 Landstar Boulevard, Orlando, Florida.[3]

17. "Hauncho" sent images of four counterfeit identification cards bearing CALDERON's image and victims' PII, including one with PII belonging to V13 and one with PII belonging to V14. *See* Images 2 and 2a.

 

*Image 2 – V14*          *Image 2a – V13*

18. "Hauncho" also sent SMITH an image of a FedEx Priority Overnight receipt showing the recipient's name and address of "Derek Howe" at the Landstar address SMITH provided to "Hauncho," and a scheduled delivery date of November 20, 2021.

19. On or about January 6, 2022, the user of Device 2 sent an image to "Elite Genius" of an individual believed to be SMITH, along with a message containing an address of "2222 Carr St #508 Lakewood , co, 80215." The message also contained a date of birth ending in the year 1987 and a Colorado driver's license number. This information belonged to V8. *See* Image 3.

---

[3] SMITH used the recipient name "Derek Howe" and address of 13290 Landstar Boulevard, Orlando, Florida in connection with receiving a counterfeit identification in January 2022.

20. In response, "Elite Genius" sent Device 2 a photograph of a computer monitor with SMITH's photograph imposed on a fraudulent Colorado driver's license bearing license number 66345678333. *See* Images 4 and 4a.



Image 3    Image 4    Image 4a

21. On or about January 10, 2022, "Elite Genius" sent a message to Device 2 stating, "Btc payment of cash for now on."[4] The following day, the user of Device 2 responded with a screenshot of a Bitcoin withdrawal in the amount of 0.00470913 BTC." *See* Image 5.

---

[4] I understand "btc" to mean Bitcoin.



*Image 5*

22. "Elite Genius" warned SMITH the counterfeit identification was "botched on back where barcode is" to which SMITH responded, "No that's straight. This for rental car…I should be Gucci getting rental with that…Just need dl to be valid and clear."[5] "Elite Genius" responded with an image of a Priority Mail Express package containing the counterfeit identification listing a recipient of "Derek Howe" at Landstar Boulevard in Orlando, Florida. *See* Image 6.



*Image 6*

---

[5] SMITH's Florida driver's license is suspended.

9

*Search of SMITH's Cellular Devices:*
*Collusion between SMITH and CALDERON*

23.     Device 2 also contained communications between SMITH and CALDERON dating back as far as August 2020.  Within these messages, CALDERON provided SMITH PII for at least one individual, additionally, CALDERON sent SMITH an image of CALDERON's Florida driver's license.  Furthermore, on or about July 27, 2021, CALDERON and SMITH agree that SMITH will pick CALDERON up by 9:30 a.m. and CALDERON asks SMITH, "What's the name so I can practice it."  I believe these communications relate to their agreement to use counterfeit and unauthorized access devices in an effort to obtain money, goods, services, or other things of value to which they were not otherwise entitled.

*Counterfeit Identifications and Unauthorized Access Devices*
*Used to Take Over V12's Bank Account*

24.     Based on information from the FBI in Nashville, Tennessee, on or about November 22, 2021, CALDERON entered multiple Financial Institution 1 ("FI 1") branches in the metropolitan Nashville, Tennessee area.  CALDERON withdrew funds from victim customer accounts, including accounts belonging to victims identified herein as V12 and V13.

25.     Information provided by FI 1 revealed that prior to November 22, 2021, V12's banking profile was updated online.  The updated profile changed V12's email address and phone number.  The new email address was listed as bellm1760@gmail.com and the new phone number was listed as 502-438-3169.  This

10

email address is associated with Device 2 and the phone number is associated with Device 3.

26. On or about November 19, 2021, SMITH booked himself and CALDERON a flight to Nashville, Tennessee from Orlando, Florida. On or about November 21, 2021, SMITH booked flights for himself and CALDERON from Nashville, Tennessee to Orlando, Florida. The flights were purchased online and the itineraries for the flights scheduled for November 22, 2021 were emailed to SMITH.

27. On or about November 22, 2021, SMITH and CALDERON travelled together from Orlando, Florida to Nashville, Tennessee. Once they arrived at the airport in Nashville, Tennessee, SMITH rented a vehicle using a counterfeit Virginia driver's license.

28. Later that day, CALDERON entered a FI 1 branch and presented a counterfeit identification card bearing CALDERON's image and V12's PII. CALDERON then withdrew $4,900 in cash from V12's account at FI 1. That same day, CALDERON also fraudulently obtained a cashier's check made payable to V14 in the amount of $6,600 drawn on V12's account. CALDERON travelled to another FI 1 branch and attempted to cash the fraudulently obtained cashier's check made payable to V14. CALDERON presented the bank teller a counterfeit Indiana identification card bearing his photo and V14's PII (Image 2). When CALDERON was unable to cash the check, he abandoned the counterfeit Indiana identification and the fraudulently obtained cashier's check at the bank branch and fled.

29. Nashville Airport Police performed a facial recognition analysis on the abandoned counterfeit Indiana identification card. The analysis resulted in the identification of CALDERON. The FBI conducted an examination for latent prints on the fraudulently obtained cashier's check CALDERON attempted to utter. The results of the examination revealed a fingerprint associated with SMITH on the check.

*Counterfeit Identification and Unauthorized Access Devices
Used to Take Over V12's Bank Account*

30. On or about November 18, 2021, an individual called FI 1's Contact Center. The individual called from phone number 502-438-3169 (Device 3) and inquired about the balance in an account belonging to V13. SMITH was within the Middle District of Florida on or about November 18, 2021, as detailed further below.

31. On or about November 22, 2021, CALDERON entered a FI 1 branch and presented a counterfeit identification card bearing CALDERON's image and V13's PII (Image 2a). CALDERON impersonated V13 and cashed a check in the amount of $4,350 made payable to V13. That same day, CALDERON travelled to a different FI 1 branch and again impersonated V13 and cashed a $4,850 check made payable to V13. CALDERON also fraudulently obtained a cashier's check in the amount of $6,400 drawn on V13's account.

*Counterfeit Virginia and Colorado Identifications Used to Rent Vehicles*

32. On or about November 22, 2021, SMITH rented a Hertz white Nissan Altima with Tennessee license plate 2Y97A8. According to Nashville Airport Police, based on discussions with the rental agency, the vehicle was returned on the same day. The vehicle was reportedly rented to a "Gabriel SMITH" who presented a Virginia driver's license (beginning with the numbers "A671") with a birthday in February of 1994, an address of 1023 Rockridge Road, San Carlos, California, and a phone number 689-205-6470 (Device 2).

33. I believe this is the rental vehicle used by SMITH and CALDERON in furtherance of fraudulently obtaining funds to which they were not entitled. I believe SMITH also presented this same counterfeit Virginia driver's license to police in Kissimmee, Florida on November 18, 2021 following a traffic accident as described below.

34. On or about November 18, 2021, SMITH was involved in a traffic accident in Kissimmee, Florida. After the accident, SMITH presented the responding officer a counterfeit Virginia driver's license with number A67141608. I believe this is the same counterfeit Virginia driver's license used to rent the vehicle in Tennessee and the same counterfeit driver's license discovered in the phone case during the execution of the search warrant (Image 1). Additionally, the vehicle that hit SMITH's Porsche was driven by CALDERON.

35. While SMITH's Porsche was being repaired, on or about January 14, 2022, an individual using the identity of "Gabriel SMITH," a date of birth ending in

13

1987 and a Colorado driver's license number 66345678333, rented a Chrysler 300, Florida license plate number GHPA32 (the "Chrysler 300") from Budget / Avis. The rental reservation was paid with a credit card with an expiration date of "05/22." The USSS observed the Chrysler 300 parked at SMITH's residence located at 1520 Antigua Bay Drive, Orlando, Florida on or about January 25, 2022.

36. I believe the identity and driver's license used to rent the Chrysler 300 was the same fraudulent driver's license and information pictured above in Images 3, 4, and 4a.

*CALDERON's Interview*

37. CALDERON was interviewed and admitted that he agreed to travel with SMITH from Orlando, Florida to Nashville, Tennessee to conduct fraudulent activities. CALDERON said that SMITH took a picture of CALDERON using SMITH's phone in order to procure counterfeit identification cards. SMITH furnished CALDERON with fraudulent identification cards bearing his photograph.

38. CALDERON said he entered banks and attempted to and did fraudulently withdraw funds from bank accounts belonging to the victims' whose PII was noted on the respective identification card, including V12 and V13. CALDERON further stated that during this trip, SMITH rented a vehicle in Nashville and used said vehicle for transportation to facilitate the scheme. CALDERON estimated he kept approximately $1,000 - $2,000 of the funds fraudulently obtained in Nashville, Tennessee.

39. CALDERON also stated that SMITH offered him $1,000 to stage an accident between their vehicles. CALDERON admitted to his involvement in staging the accident in Kissimmee, Florida on November 18, 2021.

## CONCLUSION

40. Based upon your affiant's knowledge, training, and experience, and the facts presented in this Affidavit, your affiant submits that there is probable cause to believe that SMITH, CALDERON, and others conspired to unlawfully obtain and use personal identifying information ("PII") in a number of ways, including to create counterfeit access devices and use unauthorized access devices in an effort to obtain money, goods, services, or other things of value to which he was not otherwise entitled.

41. Accordingly, your affiant respectfully submits there is probable cause to believe that within the Middle District of Florida, and elsewhere, GABRIEL J. SMITH and WALTER CALDERON have committed the crime of conspiracy to use or traffic in one or more counterfeit access devices with the intent to defraud, and conspiracy to traffic in or use one or more unauthorized access devices with the intent to defraud, and by such conduct obtaining anything of value aggregating $1,000 or more, in violation of 18 U.S.C. § 1029(b)(2).

_David Heddleston_
_____
DAVID HEDDLESTON
Supervisory Special Agent
Diplomatic Security Service

Sworn to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via reliable electronic means this __4__ day of August, 2022.

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

16